IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

APRIL WALLACE ,
    Plaintiff(s),

v.                                Case No. 3:24-cv-00151

ACCURATE ENERGETIC SYSTEMS, LLC ,
    Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Accurate Energetic Systems, LLC makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

| [x] | This party is a limited liability company or limited liability partnership. |

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

| [ ] | This party is an unincorporated association or entity. |

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

| [ ] | This party is trust. |

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

| [ ] | Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation. |

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: May 13, 2024     Signature: *Rachael Rustmann*

Printed Name: Rachael Rustmann

Title: Attorney for Defendants

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

## ATTACHMENT

Accurate Energetic Systems, LLC's sole member is Kimberly Sonday who is a resident of Tennessee.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of **BUSINESS ENTITY DISCLOSURE** has been furnished to all parties via the Court's electronic filing system and/or by depositing same in the United States Mail, postage prepaid, on May 13, 2024.

Gordon E. Jackson
J. Russ Bryant
J. Joseph Leatherwood IV
JACKSON SHIELDS YEISER HOLT
OWEN & BRYANT
262 German Oak Drive
Memphis, Tennessee 38018
gjackson@jsyc.com
rbryant@jsyc.com
jleatherwood@jsyc.com

ATTORNEYS FOR PLAINTIFF
AND FOR OTHERS SIMILARLY SITUATED

                                                */s/ Rachael Rustmann*
                                                Rachael Rustmann

2

Case 3:24-cv-00151    Document 24    Filed 05/13/24    Page 4 of 4 PageID #: 106