Vinesign Document ID: 8238E357-97BA-4584-A75C-88FD5FD07484

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**APRIL WALLACE,** *Individually, on behalf of herself and on behalf of others similarly situated,*

    Plaintiff,

v.

**ACCURATE ENERGETIC SYSTEMS, LLC**

    Defendant.

Case No. 3:24-cv-00151

FLSA Multi-Plaintiff Action
**JURY TRIAL DEMANDED**

## CONSENT TO JOIN AS OPT-IN PLAINTIFF

1. I have been employed by Defendant as an hourly paid production employee during the past three years.

2. I hereby consent to join this or any subsequent action against the Defendants as an Opt-in Plaintiff, to assert claims for violations of the FLSA 29 U.S.C. § 201, *et seq.*, including the non-payment of overtime compensation as specified in the Collective Action Complaint. This consent form also authorizes Plaintiff's counsel to file an individual arbitration demand on my behalf, if applicable.

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b),et seq.I hereby consent to join and opt-in and authorize the prosecution of the above-styled action to recover unpaid wages on my behalf by the above-named Representative Plaintiff, to make decisions on my behalf concerning the litigation, the method, and manner of conducting this litigation, the entering of an agreement with Plaintiff's Counsel concerning attorney's fees and costs, and all other matters pertaining to this lawsuit. I agree to be bound by any judgment of this Court or any settlement entered into this matter. I agree to keep counsel for Plaintiff informed as to my correct mailing address and telephone number.

4. I agree to be represented by the law firm of Jackson, Shields, Yeiser, Holt, Owen, and Bryant, and Attorney J. Russ Bryant or any other attorneys with whom he may associate.

1

The signed document can be validated at https://app.vinesign.com/Verify

| Eunice Hughes | *[signature]* | 04/11/2024 |
|---|---|---|
| [Client Full Name] | [Signature] | [Date] |

Vinesign Document ID: 0F00C466-0435-4A59-B334-4BE5057FE259

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

APRIL WALLACE, *Individually,*
*on behalf of herself and on behalf*
*of others similarly situated,*

    Plaintiff,

v.

ACCURATE ENERGETIC
SYSTEMS, LLC

    Defendant.

Case No. 3:24-cv-00151

FLSA Multi-Plaintiff Action
**JURY TRIAL DEMANDED**

### CONSENT TO JOIN AS OPT-IN PLAINTIFF

1. I have been employed by Defendant as an hourly paid production employee during the past three years.

2. I hereby consent to join this or any subsequent action against the Defendants as an Opt-in Plaintiff, to assert claims for violations of the FLSA 29 U.S.C. § 201, *et seq.*, including the non-payment of overtime compensation as specified in the Collective Action Complaint. This consent form also authorizes Plaintiff's counsel to file an individual arbitration demand on my behalf, if applicable.

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b),et seq.I hereby consent to join and opt-in and authorize the prosecution of the above-styled action to recover unpaid wages on my behalf by the above-named Representative Plaintiff, to make decisions on my behalf concerning the litigation, the method, and manner of conducting this litigation, the entering of an agreement with Plaintiff's Counsel concerning attorney's fees and costs, and all other matters pertaining to this lawsuit. I agree to be bound by any judgment of this Court or any settlement entered into this matter. I agree to keep counsel for Plaintiff informed as to my correct mailing address and telephone number.

4. I agree to be represented by the law firm of Jackson, Shields, Yeiser, Holt, Owen, and Bryant, and Attorney J. Russ Bryant or any other attorneys with whom he may associate.

The signed document can be validated at https://app.vinesign.com/Verify

Jeffrey Mcnabb                    [signature]                    04/09/2024
[Client Full Name]                [Signature]                    [Date]

Vinesign Document ID: D998C7B0-EAFD-49BF-B1F6-4BC56C856055

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**APRIL WALLACE**, *Individually,*
*on behalf of herself and on behalf*
*of others similarly situated,*

    Plaintiff,

v.                              Case No. 3:24-cv-00151

**ACCURATE ENERGETIC**
**SYSTEMS, LLC**

                                    FLSA Multi-Plaintiff Action
                                    **JURY TRIAL DEMANDED**

    Defendant.

## CONSENT TO JOIN AS OPT-IN PLAINTIFF

1. I have been employed by Defendant as an hourly paid production employee during the past three years.

2. I hereby consent to join this or any subsequent action against the Defendants as an Opt-in Plaintiff, to assert claims for violations of the FLSA 29 U.S.C. § 201, *et seq.*, including the non-payment of overtime compensation as specified in the Collective Action Complaint. This consent form also authorizes Plaintiff's counsel to file an individual arbitration demand on my behalf, if applicable.

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b),et seq.I hereby consent to join and opt-in and authorize the prosecution of the above-styled action to recover unpaid wages on my behalf by the above-named Representative Plaintiff, to make decisions on my behalf concerning the litigation, the method, and manner of conducting this litigation, the entering of an agreement with Plaintiff's Counsel concerning attorney's fees and costs, and all other matters pertaining to this lawsuit. I agree to be bound by any judgment of this Court or any settlement entered into this matter. I agree to keep counsel for Plaintiff informed as to my correct mailing address and telephone number.

4. I agree to be represented by the law firm of Jackson, Shields, Yeiser, Holt, Owen, and Bryant, and Attorney J. Russ Bryant or any other attorneys with whom he may associate.

The signed document can be validated at https://app.vinesign.com/Verify

Jeremy Gilbert　　　　　*[signature]*　　　　　04/09/2024
[Client Full Name]　　　　　[Signature]　　　　　[Date]

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on this the 13th day of May 2024. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt and below. Parties may access this filing through the Court's electronic filing system.

Mary Dohner Smith, TN BPR# 021451
Rachael Rustmann, TN BPR# 037432
**Constangy, Brooks, Smith & Prophete, LLP**
750 Old Hickory Blvd., Suite 260-2
Brentwood, TN 37027
Telephone: (615) 320-5200 Facsimile: (615) 810-8060
Email: mdohner@constangy.com
Email: rrustmann@constangy.com
ATTORNEYS FOR DEFENDANT

*s/ J. Russ Bryant*